IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NORMA HURTADO,

    Plaintiff,

v.                                      CASE NO. 1:09-cv-00125-MP -GRJ

GEORGE HAMILTON, NORTH FLORIDA HEALTH CARE ASSOCIATES LLC, NORTH FLORIDA REHAB AND SPECIALTY CARE, LISA STREER,

    Defendants.

_____/

# **O R D E R**

This matter is before the Court on Doc. 27, Report and Recommendation regarding Motion to Dismiss by Defendants George Hamilton and Lisa Streer. Because Plaintiff improperly sued Defendants George Hamilton and Lisa Streer in their individual capacities, the Magistrate Judge has recommended the Title VII claims against Hamilton and Streer be dismissed with prejudice. Plaintiff filed a timely objected to the Magistrate Judge's Report and Recommendation and Defendants Hamilton and Streer responded to Plaintiff's Objection.

The Court reviews objected-to material *de novo*. However, Plaintiff has failed to substantively object to any findings or legal conclusions of the Magistrate Judge's Report and Recommendation. The Magistrate Judge was correct when he concluded that "Plaintiff improperly has sued Steer and Hamilton, in their individual capacities . . . ." Doc. 27 at 4. Employees cannot be held liable individually under Title VII. *See Dearth v. Collins*, 441 F.3d 931, 933 (11th Cir. 2006) ("[R]elief under Title VII is available against only the employer and not against individual employees whose actions would constitute a violation of the Act, *regardless* of whether the employer is a public company or a private company."). Accordingly,

it is

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 27, is ADOPTED and incorporated herein.

2. Defendants George Hamilton and Lisa Streer's Motion to Dismiss First Amended Complaint, Doc. 10, is GRANTED and the Title VII claims against Defendants George Hamilton and Lisa Streer is dismissed with prejudice.

3. Defendants' request for attorney's fees is DENIED.

4. The Clerk is directed to enter judgment in favor of Defendants George Hamilton and Lisa Streer pursuant to Rule 54(b) of the Federal Rules of Civil Procedure because there is no just reason for delay.

**DONE AND ORDERED** this __13th__ day of January, 2011

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge