IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NORMA HURTADO,

    Plaintiff,

v.                                                        CASE NO. 1:09-cv-00125-MP-GRJ

GEORGE HAMILTON, NORTH FLORIDA HEALTH CARE ASSOCIATES LLC, NORTH FLORIDA REHAB AND SPECIALTY CARE, LISA STREER,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 45, Motion to Compel Discovery by North Florida Health Care Associates, LLC.  Plaintiff proceeds pro se.  As such, this case is referred back to the Magistrate Judge for all further proceedings pursuant to Local Rule 72.2(E).

**DONE AND ORDERED** this  *9th* day of June, 2011

                                      *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge