IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NORMA HURTADO,

     Plaintiff,

v.                                          CASE NO. 1:09-cv-125-MP-GRJ

NORTH FLORIDA HEALTH CARE
ASSOCIATES, LLC,

     Defendant.

_____/

## O R D E R

On June 17, 2011, the Court held a telephonic hearing at Defendant's request to address an issue that arose during Defendant's deposition of Plaintiff.  During the hearing, Defendant made an *ore tenus* request to compel Plaintiff to identify her current employer and answer questions at the deposition related to her current employment. Plaintiff refused to answer questions related to her current employment because she was concerned that disclosing this information could negatively affect her current employment.  Defendant contends that information from Plaintiff's current employer, including but not limited to the disclosures and representations on her application would be very relevant to the issues in this case and therefore is within the scope of discovery as defined in Rule 26(b)(1) of the Federal Rules of Civil Procedure. The Court agrees that the disclosure of Plaintiff's current employer and questioning regarding Plaintiff's current employment is within the scope of Rule 26(b)(1), which provides that a party may take discovery "regarding any nonprivileged matter that is relevant to any party's claim or defense."

Accordingly, for the reasons stated on the record at the hearing, which are fully

incorporated into this Order, Defendant's *ore tenus* motion to compel is due to be

**GRANTED.**  Plaintiff is directed to answer and respond fully to Defendant's questions at

her deposition, which identify her current employer and which are related to her current

employment.

      **DONE AND ORDERED** this 17th day of June, 2011.

*s / Gary R. Jones*

GARY R. JONES
United States Magistrate Judge