IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NORMA HURTADO,

     Plaintiff,

v.                              CASE NO. 1:09-cv-00125-MP-GRJ

GEORGE HAMILTON, NORTH FLORIDA HEALTH CARE ASSOCIATES LLC, NORTH
FLORIDA REHAB AND SPECIALTY CARE, LISA STREER,

     Defendants.

_____/

# O R D E R

     This matter is before the Court on a telephone hearing held on June 17, 2011, at which

defendants made an oral motion to compel plaintiff to answer deposition questions regarding her

current employment and income.  Plaintiff asserts that her current employment and income are

not relevant to the case.  The Court disagrees and finds that plaintiff's post-separation

employment and income are relevant to her claims for damages, as well as to the issue of

mitigation, in an employment discrimination lawsuit.  The Court's order dated June 9, 2011

referred this case back to the Magistrate Judge for all further proceedings.  As such, the Court

only rules on the instant oral motion and does not address defendants' motion to compel

discovery.  Doc. 45.  Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     1.     Plaintiff is directed to answer defendants' deposition questions regarding her
           current employment and income.

     **DONE AND ORDERED** this   *17th* day of June, 2011

                   *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge