IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NORMA HURTADO,

    Plaintiff,

v.                                       CASE NO. 1:09-cv-00125-MP-GRJ

GEORGE HAMILTON, NORTH FLORIDA HEALTH CARE ASSOCIATES LLC, NORTH FLORIDA REHAB AND SPECIALTY CARE, LISA STREER,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 53, Joint Stipulation for Dismissal with Prejudice. The parties stipulate to the dismissal with prejudice of all claims asserted by plaintiff against defendant in the above-styled action, each party to bear its own costs and attorneys' fees. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

    1.    The Plaintiff's Amended Complaint, Doc. 10, is dismissed with prejudice and this case is closed.

**DONE AND ORDERED** this   *28th* day of June, 2011

                                    *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge